FILED 23 FEB '24 10 30 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

Daniel Ray Lemons #53313-074

*(Enter full name of plaintiff)*

Plaintiff,

v.

C. Anglea

Mr. Brooks

FCI Sheridan

*(Enter full name of ALL defendant(s))*

Defendant(s).

3:24-CV-00340-CL

Civil Case No. _____

__ (to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes    ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Daniel Lemons #53313-074

Street Address: P. O. Box 5000

City, State & Zip Code: Sheridan, Oregon, 97378

Telephone No.: 828-332-0290 - Brother - Shannon Leoford

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**    Name: C. ANGLEA 'OFFICER

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: _____


**Defendant No. 2**    Name: MR. BROOKS 'FOOD SERVICE ADMIN'

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: _____


**Defendant No. 3**    Name: FCI SHERIDAN

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: _____


**Defendant No. 4**    Name: MR. READY 'ASSISTANT FEED SERVICE ADMIN'

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: _____


## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                                                    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

RIGHTS VIOLATIONS, ATTEMPTED MURDER, INMATE ASSAULTS, MAL-NUTRITION, NEGLIGENCE, MISCONDUCT.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON 02-16-2024 I WAS ASSAULTED BY 'OFFICER AMBLEA' IN CELL 211, THIS IS DOCUMENTED AND DETAILED ON PAGE 5 ON WHICH I SUPPLIED AS FURTHER FULL DOCUMENTATION.

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON 02-14-2024 I WAS TAKEN TO WILLAMETE HOSPITAL DUE TO ANAPHYLACTIC SHOCK DUE TO FOOD SERVICE SENDING ME A

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

CONTAMINATED TRAY ON MY 'SPECIAL DIET TRAY' TO WHICH I WAS TOLD WAS SAFE FOR CONSUMPTION. THIS IS FURTHER DOCUMENTED ON PAGE 2 STARTING AT LUNCH AND CONTINUES ONTO PAGE 3. ALL MEDICAL INFO SUPPLIED AS WELL TO CONFIRM THIS BY WILLAMETTE HOSPITAL.

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ATTEMPTED MURDER EACH MEAL / ONCE EVERY DAY A MEAL IS SENT THAT HAS CONTAMINATED FOOD ON IT. THEY ARE 'KNOWINGLY AND WILLINGLY' DOING THIS EVEN KNOWING ALL MY SEVERE FOOD ALLERGENS. ALL THIS IS DOCUMENTED IN DETAIL ON ALL PAGES INCLUDED AND HAS BEEN GOING ON FOR OVER 3 MONTHS NOW. NEGLIGENCE BY ALL KITCHEN STAFF

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

Due to the Assault I obtained for simply trying to show a superior officer evidence of what the kitchen keeps sending me that I cant eat, all the negligence misconduct, Rights violations, Intimidations, Retaliations. I am seeking a monetary value at 1.4 million dollars. For the PTSD Im now dealing with, the future PYSCH Issues I will have to Deal with also I want immediate transfer to a Facility that accommadate me or an immediate release from B.O.P custody.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of February , 2024.

Daniel Lemens
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]

INMATE: DANIEL
FCI SHERIDAN
LOCATION: SHU-211

ALL SURFACES COVERED BY BLOOD TEST PRIOR TO ARRIVAL AT THIS FACILITY. ALL MOTION IS ON CAMERA. ALL TIMES LISTED ARE APPROX TIMES WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME.

COPIES MADE / ALL COPIES MADE ALL THE WAY UP TO THE LEGAL COURTS. / LEGAL COURT COPIES

PAGE: 11

02-13-2024- BREAKFAST MEAL- APPROX TIME 7:45 AM PST - 'OFFICER TERRA' HANDED ME A BROWN BAG. 4 PACKS 'UNCOOKED OATMEAL', 1 APPLE', NO REPLACEMENT FOR 'MILKS'. I CANT EVEN HAVE OATMEAL DUE TO IT BEING PROCESSED WITH 'PEANUTS'. I DONT EVEN BOTHER TO TRY TO GET SHIT FIXED HERE ANYMORE CAUSE STAFF WONT DO SHIT ABOUT IT ANYWAY. TOTAL CALORIC INTAKE 0 CALORIES.

02-13-2024- LUNCH MEAL - APPROX TIME 11:10 AM PST - 'OFFICER POND' ATTEMPTED TO HAND ME A SPECIAL DIET TRAY THAT HAD 'BEEF', 'BEANS', 'RICE', 'CARROTS'. I REFUSED THE TRAY DUE TO THAT BEING THE 17TH TRAY IN A ROW FOR LUNCH AND DINNER WHICH CONTAINS THE EXACT SAME FOOD, DETAIL FOR DETAIL. THIS IS ILLEGAL AND IN-HUMANE TO FEED THE EXACT SAME MEAL DAILY. WAS TOLD 'OFFICER BLANTON IS CONTACTING FOOD SERVICE BUT REMAINS TO BE SEEN IF ANYTHING IS DONE. APPROX TIME 11:40 AM PST TRAY PICKUP 'OFFICER POND' TOLD ME "FOOD SERVICE SAID THEY WILL SEE ABOUT FINDING ME NEW FOOD, HE WONT PROMISE THAT IT WILL COME BUT THATS WHAT FOOD SERVICE SAID". I HAVE STATED THIS TIME AND TIME AGAIN, FOOD SERVICE EITHER SENDS ME FOOD THAT CAN AND WILL KILL ME, OR THE FOOD SENT IS SO REPETATIVE ITS IN-HUMANE. 'OFFICER TERRA' DID A ROUND AND STILL NO NEW TRAY, IT IS 12:15 PM PST, AS ALWAYS THE KITCHEN IS NOT GOING TO SEND A REPLACEMENT. TOTAL CALORIC INTAKE 0 CALORIES. 'OFFICER BLANTON' TOLD ME THAT THE KITCHEN STAFF TOLD HIM THAT "THEY DIDNT KNOW ABOUT MY WHEAT ALLERGY". HOW IS THAT POSSIBLE WHEN ALL OTHER KITCHEN STAFF KNOW ABOUT IT AND I HAVE BEEN GETTING SO CALLED 'MEDICAL DIET' TRAYS WITHOUT IT?. ALL OF THIS FACILITY IS FULL OF SHIT. NEGLIGENCE, MISCONDUCT, RIGHTS VIOLATIONS ILLEGAL ACTIVITIES, MAL-PRACTICE, AND INMATE ABUSE. THIS WAS TOLD TO ME AT APPROX 12:30 PM PST. IT IS NOW 1:30 PM PST AND STILL NO FOOD HAS BEEN BROUGHT AS I WAS TOLD WOULD BE.

02-13-2024- DINNER MEAL - APPROX TIME 4:30 PM PST - 'OFFICER CAMPBELL' HANDED ME A HOT TRAY. 'TOMATO PASTE' MIXED WITH 'BEEF' AND 'RICE', 'SPINACH', NO 'DRINK PACK', NO CALORIC INTAKE REPLACED FOR 'MAC N CHEESE', OR NO REPLACEMENT FOR 'ROLL' I CANT EITHER. BY B.O.P POLICY ALL ITEMS REMOVED MUST BE REPLACED WITH EQUAL CALORIC INTAKE. TOTAL CALORIC INTAKE 550-600 CALORIES. TOTAL CALORIC INTAKE TODAY 600 CALORIES, 1,400 SHORT OF THE DAILY REQUIRED 2,000 CALORIES PER DAY BY B.O.P POLICY.

INMATE: DANIEL LEMONS #63317-074
FCI SHERIDAN
LOCATION: SHU-211

ALL ALCOHOLIC CONFIRMED BY BLOOD TEST PRIOR TO ARRIVAL AT
THIS FACILITY. ALL MENTIONED IS OF CAMERA. ALL TIMES LISTED
ARE APPROX TIMES WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME.

COPIES MADE ALL THE WAY UP TO THE
LEGAL COURTS.

COPIES
MADE

LEGAL COPIES
FOR COURT

PAGE 2 - OF NEAR DEATH

02-14-2024-BREAKFAST MEAL-APPROX TIME 8:00 AM PST-'OFFICER WILSON' HANDED ME A BROWN BAG THAT HAD OATMEAL IN IT. WHEN I TOLD HIM "I CANT HAVE THIS IM ALLERGIC", HE THEN SAID "WELL THEY GAVE IT TO YOU YESTERDAY", TO WHICH I REPLIED "I DIDNT EAT IT YESTERDAY". THEN 'OFFICER WILSON' BECAME A SMARTASS SAYIN' "WELL I WASNT HERE YESTERDAY, EAT IT OR DONT I DONT CARE". I DEAL WITH THIS SHIT DAILY. THE MISCONDUCT, THE NEGLIGENCE, THE TAUNTING, THE MAL-PRACTICE, THE ATTEMPTS ON MY LIFE BY FOOD SERVICE DAILY 'KNOWINGLY AND WILLINGLY' SENDING ME FOOD THAT CAN AND WILL KILL ME. TOTAL CALORIC INTAKE 0 CALORIES. IM DONE DEALING WITH THIS SHIT FROM THIS FUCKING PLACE. GAVE BAG BACK TO 'OFFICER WILSON' APPROX TIME 8:50 AM PST UPON GOING TO SHOWERS. 'OFFICER BLANTON' ALSO TOLD ME AT MY CELL THAT "HE DOES NOT CARE IF I EAT OR NOT, ITS NOT HIS PROBLEM". HOW IS IT NOT HIS PROBLEM MAKING SURE THAT I HAVE PROPER FOOD THAT WONT KILL ME?. IM SUPPOSE TO TRUST STAFF TO MAKE SURE MY WELL BEING IS TAKEN CARE OF. HOW AM I TO DO THAT?.

CONTINUED ON PAGE 3

02-14-2024-LUNCH MEAL-APPROX TIME 11:00 AM PST-'OFFICER SOSHEA' HANDED ME A HOT TRAY. I TOOK A COUPLE BITES OF THE BURGER UNTIL I NOTICED 'ONION' IN THE LETTUCE I WAS GIVEN ON 'MY TRAY' WHILE PICKING THROUGH IT. I IMMEDIATELY TOLD 'OFFICER SOSHEA' AND HAD HIM WATCH ME ADMINISTER THE USE OF MY EPI-PEN CAUSE I KNOW WITH 'ONION' I WILL GO INTO ANAPHYLACTIC SHOCK. AS OF THIS MOMENT I CAN NOW FEEL MY TONGUE GOING NUMB. I WAS THEN BROUGHT A TRAY THAT WAS MARKED 'LEMONS CELLIE' AND WAS TOLD THAT "THIS ONE HAS NO 'ONION' ON IT. SO WHY WAS MINE CONTAMINATED THAT SAID 'LEMONS' BUT MY CELLIES THAT SAID 'LEMONS CELLIE' ALLEGEDLY NOT?. IT IS A CONSTANT ON-GOING ISSUE THAT CAN AND WILL EVENTUALLY KILL ME. I INFORMED 'OFFICER SOSHEA' THAT MY TONGUE IS GOING NUMB, HE TOLD ME "MEDICAL IS COMING TO SEE YOU". I DIDNT BOTHER EATING THE TRAY THEY BROUGHT TO ME LABELED AS 'LEMONS CELLIE'. AFTER THIS INCIDENT I CAN NO LONGER TRUST THE STAFF AT THIS INSTITUTION. ALL FURTHER MEALS WILL BE REFUSED AND HAS BEEN. AT APPROX 12:30 PM PST MEDICAL STAFF DECLARED A MEDICAL EMERGENCY TAKING ME TO MEDICAL TO ADMINISTER MORE MEDICINE FOR MY ANAPHYLACTIC SHOCK. THEN SENT ME ON TO THE HOSPITAL LOCATED APPROX 20 MINUTES AWAY. DURING WHICH TIME I WAS TAKEN BY AMBULANCE. 'OFFICER WRIGHT' AND 'OFFICER COYLE' BEING THE ESCORTING OFFICER. I HAD A ERRATIC HEART-BEAT AND CONTINUING NUMBING OF TONGUE, LIPS, AND THROAT. I WAS PUT ON A IV DRIP, GIVEN A SHOT OF BENADRYL, AND ANOTHER TYPE OF STEROID SHOT. I WAS UNDER OBSERVATION UNTIL APPROX 3:50 PM PST THEN RELEASED TO BE TAKEN BACK BY VAN →

INMATE: DANIEL LEMONS #581-13-024    ALL ALLERGENS CONFIRMED OVER AND TEST PRIOR TO ARRIVAL AT
FCI SHERIDAN    THIS FACILITY. ALL MENTIONED IS ON CAMERA. ALL TIMES LISTED
LOCATION: SHU-211    ARE APPROX TIMES WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME

COPIES MADE | COPIES MADE ALL THE WAY UP / LEGAL COPIES FOR
TO THE LEGAL COURTS. / COURT

PAGE 3 - OF NEAR DEATH |

02-14-2024- CONTINUED FROM LUNCH MEAL NOTES AT TOP AS PAGE 1 AND 3.

TRANSPORT BY 'OFFICER WRIGHT' AND 'OFFICER COYLE' ARRIVING BACK AT THE FACILITY AT APPROX 4:15 PM

PST. I WAS THEN TAKEN BACK TO THE SHU AND WAS OFFERED MY DINNER TRAY TO WHICH I FIRMLY

DENIED DUE TO THE FACT I WAS ALMOST KILLED ONCE TODAY, I REFUSE TO LET THE KITCHEN TRY AGAIN.

WITH THAT BEING SAID I HAVE HAD AT MOST 60 CALORIES TODAY. ALL THIS IS FULLY DOCUMENTED BY THE FACILITY

AND THE HOSPITAL ITSELF. ALSO I NOTICED A SEVERE SWELLING ON MY RIGHT ARM WHEN I ARRIVED BACK IN

MY CELL AT APPROX 5:00 PM PST. I WAS EVEN TOLD BY MEDICAL STAFF AT THE HOSPITAL THAT "THE MEDICAL

STAFF AT THIS FACILITY DID A SHITTY JOB AT PUTTING A IV LINE IN MY ARM". I INFORMED 'SHU LT BOUGHTON'

ABOUT THE SWOLEN ARM AND HE TOLD ME "ITS PROBABLY FLUID, IT SHOULD ABSORB IN YOUR BODY SOON". THIS

WAS APPROX 6:10 PM PST. HOW IS HE TO JUDGE A MEDICAL ISSUE WHEN HE HIMSELF IS NOT MEDICAL.

TOTAL CALORIC INTAKE TODAY 60 CALORIES OFF A 'CONTAMINATED TRAY' THAT CAUSED A MEDICAL EMERGENCY

AND POSSIBLE DEATH OF ME. ALL MEALS WILL BE REFUSED FROM THIS POINT ON, STILL RECORDING /

DOCUMENTING ALL ACTIVITIES. 'DANIEL RAY LEMONS' - PEE OR - DOS - 02-14-24, ATT: DR, ACCOUNT #

DA0207673245%00, MR# 0000334923. FULL MEDICAL TRIP ENDED. I AM KEEPING THE WRIST

BAND FOR MY RECORDS AS I DO NOT TRUST THE MAILING AT THIS FACILITY. I HAVE REPEATED CONSTANTLY

THAT FOOD SERVICE 'KNOWINLY AND WILLINGLY' SENDS ME FOOD THAT CAN AND WILL KILL ME. TODAY THE 'ONION'

WAS MIXED IN WITH THE LETTUCE AND THE FACILITY ALMOST ACCOMPLISHED IT. THIS IS ATTEMPTED MURDER

AND I DEMAND OUT-SIDE CHARGES PLACED AGAINST THE 'FOOD SERVICE ADMIN MR. BROOKS', THE 'ASSISTANT FOOD

SERVICE ADMIN MR. READY', AND THE SPECIAL/MEDICAL DIET STAFF AT THIS FACILITY. I HAVE SUPPLIED

PLENTY OF DOCUMENTATION TO PROVE THIS AND BY LAW, IT IS MY RIGHT TO PRESS SAID CHARGES GIVEN

ALL THE DOCUMENTED EVIDENCE SUPPLIED.

02-14-2024- DINNER MEAL- APPROX 4:50 PM PST - 'OFFICER TERRA' ATTEMPTED TO HAND ME A TRAY IN THE

DRY CELL IN THE SHU TO WHICH I DECLINED. I WROTE THIS FOR THE RECORD.

INMATE: DANIEL L_____ ALL OTHER OFFICERS NOT MENTIONED PRIOR TO ARRIVAL AT
FCI SHERIDAN THIS FACILITY. ALL MENTIONED IS ON CAMERA. ALL TIME LISTED
LOCATION: SHU-211 ARE WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME.

COPIES MADE / ALL COPIES MADE ALL THE WAY UP TO / LEGAL COURT
/ THE LEGAL COURTS / COPY

PAGE:4

02-15-2024-BREAKFAST MEAL-APPROX TIME 6:30 AM PST-'OFFICER REUTINGER' ASKED ME "LEMONS WHAT
DO THEY NORMALLY SEND YOU" CAUSE THEY DIDN'T BOTHER EVEN SENDING A 'SPECIAL DIET' FOR BREAKFAST.
I AM REFUSING ALL MEALS ANYWAY, BUT THE POINT BEING NOT EVEN DID THEY SEND A SPECIAL DIET
TO TRY TO ACCOMADATE ME TO EAT WHICH IS BASICALLY SAYING "FUCK YOU" AFTER I ALMOST DIED BY THEM.
UPON TRAY PICKUP I TOLD 'OFFICER REUTINGER' TO CALL FOOD SERVICE AND FOR THEM TO MAKE ME A
'SPECIAL DIET' TO THE SPECIFICATIONS OF ~~~~~~~~~ MY 'MEDICAL DIET'. GRANTED IT WILL BE REFUSED BUT IM
NOT GOING TO ALLOW FOOD SERVICE TO BLATANTLY SKIP THEIR DUTY EITHER. 'OFFICER ANGLE' CAME
TO MY CELL APPROX 8:00 AM PST AND SPOKE TO ME REGARDING MY BREAKFAST. HE ASKED ME "LOOK I KNOW
ABOUT FOOD SERVICE AND WHAT HAPPENED, I GOT 2 CEREALS THATS SEALED FROM THE MANUFACTORER AND A
COUPLE OF APPLES, IF I BRING THEM CAN YOU EAT 'RICE CHEX CEREAL'", I TOLD HIM YES. 'OFFICER ANGLE' TRULY
SEEMED TO BE SENTIMENTAL TO MY PLIGHT, SO I ACCEPTED THE BREAKFAST HE HIMSELF OFFERED TO ME.
'OFFICER REUTINGER' WAS THE OFFICER WHO ACTUALLY HANDED ME THE ITEMS. TOTAL CALORIC INTAKE
375-400 CALORIES. TAKE STRONG NOTE, THIS WAS A OFFICER THAT HELPED ME, NOT FOOD SERVICE, WHO I
WAS TOLD "REFUSED TO SEND ME BREAKFAST". ALSO APPROX TIME 9:00-9:35 AM I SPOKE WITH THE
WARDEN AT MY CELL DOOR AND EXPLAINED IN DETAIL ALL OF THE NEGLIGENCE, MISCONDUCT, MAL-PRACTICE
INMATE ABUSE, AND ILLEGALITIES/RIGHTS VIOLATIONS TAKING PLACE AT THIS INSTITUTION. I WAS SIMPLY
TOLD "OH WELL I WILL LOOK INTO IT IM SURE IT IS IMPORTANT TO YOU". THIS IS WHY WE NEVER GET
RESPONSES TO BP-9'S OR PROOF WE EVEN SUBMITTED THEM. I WRITE STRAIGHT TO 'REGION AND
D.C.' 98% OF THE STAFF HERE HAS A SERIOUS NEGLIGENT MIND-SET TO INMATES WELL BEING AT THIS FACILITY.
MY CONCLUSION, FOR MY 'OWN SAFETY' I WONT EAT ANY FOOD THAT DID NOT COME TO ME STILL SEALED BY THE
MANUFACTORER, OR FOOD I AM UNABLE TO WASH, SUCH AS WHOLE FRUIT.


02-15-2024-LUNCH MEAL-APPROX TIME 11:00 AM PST-'OFFICER REUTINGER' I INFORMED AT TRAY HANDOUT THAT
I AM REFUSING ALL MEALS NOT STILL SEALED IN ORIGINAL PACKAGING OR FOOD I CANT WASH. I DID ACCEPT THE APPLE
CAUSE ITS WHOLE AND CAN BE WASHED. TOTAL CALORIC INTAKE 70-80 CALORIES.

1,520 CALORIES SHORT OF B.O.P REQUIRED 2,000 CALORIES DAILY
02-15-2024-DINNER MEAL - APPROX TIME 4:30 PM PST-'OFFICER REUTINGER' SAID A NOTE WAS ON MY TRAY, I DONT CARE,
IF ITS NOT SEALED IM NOT ACCEPTING IT. TRAY REFUSED. TOTAL CALORIC INTAKE 0. TOTAL CALORIES TODAY 480.

INMATE: DANIEL LEMONS #23313-074 / ALL ALLERGENS CONFIRMED BY BLOOD TEST PRIOR TO ARRIVAL AT
FCI SHERIDAN / THIS FACILITY. ALL MENTIONED IS ON CAMERA. ALL TIMES LISTED ARE
LOCATION: SHU-211 / WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME.

STAFF
ASSAULT

COPIES
MADE

COPIES MADE ALL THE WAY UP TO
THE LEGAL COURTS

LEGAL COURTS

PAGE: 5

COPY

02-16-2024- BREAKFAST MEAL- APPROX TIME 7:30 AM PST 'OFFICER REUTINGER' HANDED ME A BAG WITH APPLES
IN IT, A CUP WITH OATMEAL THAT I CANT HAVE CAUSE I'M ALLERGIC TO THE FOOD IT IS PROCESSED WITH CAUSING
CROSS CONTAMINATION. ALSO I WAS GIVEN A TRAY WITH BRAN FLAKES AND CAKE BOTH OF WHICH I'M UNABLE
TO HAVE DUE TO THE FACT THAT WHEAT IS IN BOTH CEREAL AND CAKE. THIS WAS SENT TO ME BY THE KITCHEN
STAFF AS A MEAL ALL OF WHICH OTHER THAN THE APPLES I AM ALLERGIC TO. I REQUESTED TO SPEAK
WITH A 'LT' ON DUTY. THIS PROVES BEYOND A SHADOW OF DOUBT THAT THE KITCHEN STAFF IS IN
FACT 'KNOWINGLY AND WILLINGLY' SENDING ME MEALS THAT WILL KILL ME. UPON TRAY PICK-UP APPROX
8:00 AM PST I ASKED 'OFFICER REUTERING' IF SOMEBODY WAS COMING TO SPEAK TO ME HE SIMPLY SAID
"I DONT KNOW". 'OFFICER ANGLEA', CAME IN AND FORCEFULLY TOOK THE TRAY THAT WAS MY EVIDENCE
AND THEN THREATENED TO "DROP ME" IF I DIDNT GIVE UP MY EVIDENCE. A CLEAR FORM
OF INMATE ABUSE, INTIMIDATION, AND THREATS. HE THEN PROCEEDED TO PUNCH ME TWICE IN MY
RIGHT EYE SAYING "DONT FUCK WITH ME". 'NURSE RICHARDSON' WALKED APPROX TIME 8:40-9:00 AM
PST I INFORMED HER I NEEDED A MEDICAL EXAMINATION DUE TO ASSAULT ON A INMATE
BY 'OFFICER ANGLEA', IT SEEMED SHE MARKED SOMETHING DOWN. I AM HOWEVER UNSURE IF THIS
WAS ANYTHING PERTAINING TO ME. I SPOKE WITH 'LT JONES' AT APPROX 9:40 AM PST AND TOLD HIM
I WISH TO REPORT AN ASSAULT ON ME BY 'OFFICER ANGLE'. I SHOWED HIM MY EYE, TOLD HIM
THE APPROX TIME IN WHICH IT HAPPENED AND WHAT ALL TOOK PLACE OF EVEN HOW I TRIED
TO GET THIS RESOLVED IN A PEACEFUL MANNER. I HAVE BEEN ASSAULTED AT THIS FACILITY,
ALMOST KILLED, AND DAILY KITCHEN STAFF STILL SENDS ME FOOD THAT CAN AND WILL KILL ME. AT APPROX
11:40 AM PST I WAS TAKEN TO A 'DRY CELL' IN THE SHU BY 'OFFICER WRIGHT'. AT WHICH TIME MY INJURIES
DUE TO THE ASSAULT WAS PHOTOGRAPHED BY 'LT JONES', AT WHICH TIME 'OFFICER WRIGHT' OFFERED
ME A LUNCH TRAY WHICH I DENIED FOR PREVIOUS MENTIONED REASONS. AT APPROX 12:01 PM PST
I WAS MEDICALLY EXAMINED BY 'DR. AYALA' THEN BROUGHT BACK TO MY CELL BY 'OFFICER WRIGHT'.
SOMETHING THAT COULD HAVE SO EASILY BEEN HANDLED BY SHU STAFF ENDED UP WITH ME BEING
ASSAULTED FOR SIMPLY TRYING TO OBTAIN FOOD SAFE FOR MY CONSUMPTION. TOTAL CALORIC INTAKE
FOR BREAKFAST AND LUNCH 0 CALORIES.

ALL ALLERGENS CONFIRMED BY BLOOD TEST PRIOR TO ARRIVAL AT THIS FACILITY. ALL MENTIONED IS ON CAMERA. ALL TIMES LISTED ARE WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME.

CLPIES MADE

ALL COPIES MADE ALL THE WAY UP TO THE LEGAL COURTS

LEGAL COURTS COPY

PAGE: 6

02-16-2024-DINNER MEAL-APPROX TIME 4:40 PM PST-'OFFICER WRIGHT' WAS INFORMED OF MY REFUSAL OF MY DINNER TRAY, AND THE REASONING TO WHY IM NOT ACCEPTING ANY MEAL NOT IN ITS ORIGINAL SEALED PACKAGING. TOTAL CALORIC INTAKE 0 CALORIES. TOTAL CALORIC INTAKE TODAY 0 CALORIES, 2,000 CALORIES SHORT OF THE REQUIRED 2,000 CALORIES PER DAY BY B.O.P POLICY.

02-17-2024-BREAKFAST MEAL-APPROX TIME 8:00 AM PST-'OFFICER SOUSA' ATTEMPTED TO HAND ME A TRAY WITH OATMEAL ON IT, WHICH I INFORMED HIM I CANT ACCEPT IT CAUSE IM ALLERGIC TO IT. HE THEN TOLD ME TO "PUT IN A COP-OUT TO FOOD SERVICE", I INFORMED HIM OF THE SITUATION THAT THEY STILL DONT DO NOTHING TO ALLEVIATE THIS ISSUE. ALSO THE FOOD WAS NOT SEALED EITHER FURTHER CONTRIBUTING TO ME NOT ACCEPTING THE TRAY AS WELL. HE INFORMED ME HE WILL CONTACT FOOD SERVICE TO SEE WHAT THEY ARE GONNA DO. THERE IS NO "SEE WHAT THEY ARE GONNA DO" I WAS SENT A TRAY IM ALLERGIC TO, FIX IT BY REPLACING WHAT I CAN EAT. THIS ALSO ANOTHER CLEAR ATTEMPT ON MY LIFE AS HAPPENS DAILY. 'OFFICER SOUSA' BROUGHT ME APPLES TO REPLACE THE TRAY, THIS IN NO WAY EXCUSES FOOD SERVICE FOR THEIR CONSTANT NEGLIGENT ACTIVITIES. TOTAL CALORIC INTAKE 4 APPLES APPROX 320 CALORIES.

02-17-2024-LUNCH MEAL-APPROX TIME 11:20 AM PST-'OFFICER SOUSA' OFFERED ME MY TRAY WHICH I REFUSED DUE TO IT NOT BEING FOOD IN ITS ORIGINAL SEALED PACKAGE. I WILL CONTINUE TO DO THIS UNTIL I LEAVE THIS INSTITUTION. I CAN NOT TRUST FOOD SERVICE WITH ANY MEALS PREPARED OUTSIDE OF A PACKAGE BY THEM AND MY CLAIMS HOLD MERIT FOR THIS. WAS GIVEN 4 APPLES APPROX 320 CALORIES. ALSO 'OFFICER SOUSA' THEN GAVE MY TRAY TO ANOTHER INMATE WHO HAD DROPPED HIS TRAY.

02-17-2024-DINNER MEAL-APPROX TIME 4:30 PM PST-'OFFICER SOUSA' OFFERED ME A TRAY WHICH I REFUSED AGAIN DUE TO ALL MY PREVIOUSLY MENTIONED REASONS THAT HOLD MERIT. 4 APPLES WAS GIVEN TO ME. TOTAL CALORIC INTAKE 320 CALORIES. TOTAL CALORIC INTAKE TODAY 960 CALORIES. 1,040 CALORIES SHORT OF THE REQUIRED 2,000 CALORIES PER DAY BY B.O.P POLICY.

INMATE: DANIEL LEONARD 54153-509 / ALL ALLERGIES CONFIRMED BY BLOOD TEST PRIOR TO MY ARRIVAL
FCI SHERIDAN / AT THIS FACILITY. ALL MENTIONED IS ON CAMERA. ALL TIMES
LOCATION: SHU - 111 - MOVED TO CELL 216 SHU / LISTED ARE WITHIN A 30 MINUTE WINDOW OF ACTUAL TIME
APPROX TIME 7 PM PST
02-18-2024

COPIES MADE / ALL COPIES MADE ALL THE WAY UP TO THE LEGAL COURTS     LEGAL COURTS

COPY

PAGE: 7

02-18-2024- BREAKFAST MEAL - APPROX TIME 7:20 AM PST - 'OFFICER HUERTA' WAS INFORMED I CAN NOT

HAVE THE OATMEAL ON THE TRAY THEY SENT ME. AGAIN IS FOOD THAT CAN AND WILL KILL ME, THEY ARE

AWARE OF THIS YET STILL REFUSE TO DO ANYTHING ABOUT IT. I WAS GIVEN 3 APPLES IN A BAG BUT THAT

IS NOT A MEAL, EVERY DAY THIS HAPPENS. TOTAL CALORIC INTAKE 240 CALORIES FROM APPLES AND WAS

NOT TOLD IF THEY ARE GONNA REPLACE MY TRAY I CANNOT 'CONSUME' OFFICER REUTERING' TOLD ME

KITCHEN STAFF IS NOT GOING TO REPLACE MY TRAY THAT HAS FOOD ON IT THAT WILL KILL ME. SO I AM

BEING TOLD "EAT THIS WHICH WILL POSSIBLY KILL YOU OR STARVE".

02-18-2024- LUNCH MEAL - APPROX TIME 11:00 AM PST - 'OFFICER HUERTA' WAS INFORMED I REFUSE TO TAKE MY

TRAY DUE TO THE FACT ANYTHING OUTSIDE OF ITS ORIGINAL SEALED PACKAGE I CANT THEM TO GIVE WITHOUT

FEAR OF CONTAMINATION THAT COULD LEAD TO MY DEATH. TOTAL CALORIC INTAKE 80 CALORIES ~ 1 APPLE.

02-18-2024- DINNER MEAL - APPROX TIME 4:10 PM PST - 'OFFICER HUERTA' ATTEMPTED TO HAND ME A TRAY WHICH I TOLD

HIM I REFUSE FOR PREVIOUS MENTIONED REASONS. TOTAL CALORIC INTAKE 0 CALORIES. TOTAL CALORIC INTAKE

TODAY 400 CALORIES. 1,600 SHORT OF REQUIRED 2,000 BY B.O.P POLICY.

STARTS CELL 216
02-19-2024- BREAKFAST MEAL - APPROX TIME 7:10 AM PST - 'OFFICER HUERTA' SHOWED ME MY TRAY AND

AGAIN IT CONTAINED OATMEAL WHICH I AM ALLERGIC TO. THIS IS CLEAR GROSS NEGLIGENCE AND

ATTEMPTS ON MY LIFE. I WAS GIVEN 3 APPLES IN A BAG AND HAD TO REFUSE TRAY CAUSE OF THE FOOD

IM ALLERGIC TO. SHU STAFF IS NOT EVEN NOTIFYING THE KITCHEN OR ATTEMPTING TO GET ME A REPLACEMENT.

TOTAL CALORIC INTAKE 320 CALORIES CAUSE OF 3 APPLES, NO REPLACEMENT FOR MILKS EITHER.

02-19-2024- LUNCH MEAL - APPROX TIME 11:15 AM PST - 'OFFICER HUERTA' TRIED TO HAND ME A TRAY WHICH I REFUSED

DUE TO PREVIOUSLY MENTIONED REASONS. GIVEN 1 APPLE TOTAL CALORIC INTAKE 80 CALORIES. GAVE MY TRAY AWAY "OFFICER HUERTA" THEN TO ANOTHER.

02-19-2024- DINNER MEAL - APPROX TIME 4:30 PM PST - 'OFFICER MUSSELMEN' ATTEMPTED TO HAND ME A TRAY

WHICH I REFUSED FOR PREVIOUSLY MENTIONED REASONS. TOTAL CALORIC INTAKE 0 CALORIES. TOTAL CALORIC INTAKE

TODAY 400 CALORIES. 1,600 SHORT OF REQUIRED 2,000 PER DAY BY B.O.P POLICE.

Daniel Lemons #53313-074
Federal Correctional Institution-Sheridan
P.O. Box 5000
Sheridan, Oregon, 97378



Retail

U.S. POSTAGE PAID
FCM LG ENV
SHERIDAN, OR 97378
FEB 20, 2024

97204

$0.00

RDC 99

R2305M143358-09

UNITED STATES
POSTAL SERVICE

UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

District OF OREGON

740 UNITED STATES COURTHOUSE

1000 S.W. THIRD AVE

PORTLAND, OREGON, 97204