IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DANIEL RAY LEMONS

      Plaintiffs,

      v.

UNITED STATES OF AMERICA;
NANCY BOBS; REYNOLD BILLS;
ISRAEL JACQUEZ; and AARON BROOKS,

      Defendants.

Case No. 3:24-cv-00340-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation, ECF No. 81, which is now before this Court. Since no parties objected, the Court reviews the matter for clear error. *E.g., Campbell v. U.S. Dist. Ct. for N. Dist. of Cal.*, 501 F.2d 196, 206 (9th Cir. 1974) ("If neither party contests the magistrate's proposed findings of fact, the court may assume their correctness and decide the motion on the applicable law.").

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Order - 1

Having reviewed the record and Findings and Recommendation, the Court finds no error and concludes the report is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 81, is adopted in full. Plaintiff's claims are **DISMISSED**, without prejudice, and all pending motions are **DENIED AS MOOT**.


IT IS SO ORDERED.

DATED this 24th day of March 2026.


_s/Michael J. McShane_____
Michael McShane
United States District Judge

Order - 2