IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DANIEL RAY LEMONS                                    Case No. 3:24-cv-00340-CL

        Plaintiffs,                                          JUDGMENT

    v.

UNITED STATES OF AMERICA;
NANCY BOBS; REYNOLD BILLS;
ISRAEL JACQUEZ; and AARON BROOKS,

        Defendants.

_____

MCSHANE, Judge:

    Based on the record, Plaintiff's claims are **DISMISSED**, without prejudice, and all pending

motions are **DENIED AS MOOT**.

    IT IS SO ORDERED.

    DATED this 24th day of March 2026.


                __s/Michael J. McShane_____
                     Michael McShane
                United States District Judge